# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00313-CV

### In re Eureka Holdings Acquisitions, L.P.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Eureka Holdings Acquisitions, L.P. has filed a petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay only the portions of the trial court's April 27, 2022 order relating to the expunction of the lis pendens pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before June 13, 2022.

It is ordered on June 3, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith